**FILED**

UNITED STATES DISTRICT COURT **RECEIVED** NOV 3 0 2018
DISTRICT OF MONTANA
HELENA DIVISION

**2016 OCT 28** P 1:38 U.S. District
District Of Mont:
Great F...

US MARSHALS SERVICE
MISSOULA, MT

UNITED STATES OF AMERICA,

                                    Plaintiff,

vs.

JOHN GREGORY ALEXANDER
HERRIN,

                                    Defendant.

CR-16-015-H-SEH

**WARRANT FOR ARREST**

TO:  UNITED STATES MARSHAL AND ANY
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest JOHN GREGORY ALEXANDER
HERRIN and take the arrested person without unnecessary delay before the nearest federal
magistrate judge to answer the INDICTMENT charging him with Interstate Transportation Of
Stolen Property in violation of Title 18 United States Code, Section 2314, Money Laundering in
violation of Title 18 United States Code, Section 1957, and Attempted Witness Tampering in
violation of Title 18 United States Code, Section 1512(b)(3).

Assigned to: Timothy J. Racicot

Annie Puhrmann, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JEREMIAH C. LYNCH
Missoula, Montana

**BAIL FIXED AT N/A**
Date of Issue: 28th day of October, 2016

| *R E T U R N* | |
|---|---|
| **DATE RECEIVED:**                       **LOCATION:** | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | |
| **DATE OF ARREST:**  11/29/18 | *Darrell Bell* **UNITED STATES MARSHAL** |
| **LOCATION:**  Missoula, MT | |
| **BY:**  Brandon Catcliff          Deputy U.S. Marshal | |

For: FBI