**FILED**

NOV 30 2018

Clerk, U.S District Court
District Of Montana
Missoula

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>JOHN GREGORY ALEXANDER HERRIN,<br><br>                              Defendant. | CR-16-015-H-SEH<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

YOU ARE HEREBY COMMANDED to arrest JOHN GREGORY ALEXANDER HERRIN and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Interstate Transportation Of Stolen Property in violation of Title 18 United States Code, Section 2314, Money Laundering in violation of Title 18 United States Code, Section 1957, and Attempted Witness Tampering in violation of Title 18 United States Code, Section 1512(b)(3).

Assigned to: Timothy J. Racicot

_/s/ Annie Puhrmann_
Annie Puhrmann, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JEREMIAH C. LYNCH
Missoula, Montana

**BAIL FIXED AT N/A**
Date of Issue: 28th day of October, 2016

| *RETURN* | | |
|---|---|---|
| **DATE RECEIVED:** 11/27/2018 | **LOCATION:** Paris, France | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 11/27/2018 | | **Darrell Bell** |
| **LOCATION:** Paris, France | | **UNITED STATES MARSHAL** |
| **BY:** Selena E. DeVanther ~~Deputy U.S. Marshal~~ Special Agent - FBI | | |