IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED

JAN 08 2019


Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-15-H-SEH |
| Plaintiff, | |
| vs. | ORDER |
| JOHN GREGORY ALEXANDER HERRIN, | |
| Defendant. | |

Defendant has filed a Motion to Seal Trial Brief Attachment (Doc. 28).

ORDERED:

Defendant's Trial Brief and attachment filed January 7, 2019, (Docs. 26 and 26-1) are STRICKEN for failure to follow L.R. CR 6.2(a) and L.R. CR 55.1(d)(1).

Defendant may refile his Trial Brief in compliance with the applicable local rules.

DATED this 8th day of January, 2019.

SAM E. HADDON
United States District Judge