SEE ATTACHED EXHIBITS