FILED

1/10/2019

Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GREGORY ALEXANDER HERRIN,<br><br>Defendant. | CR 16-15-H-SEH<br><br>**ORDER** |

On December 12, 2018, Defendant filed a Motion to Suppress Evidence.[1]

The Court held a hearing on the motion on January 10, 2019. Upon the record made in open court,

ORDERED:

Defendant's Motion to Suppress Evidence[2] is DENIED.

---

[1] Doc. 13.

[2] Doc. 13.

Trial remains set for January 22, 2019, at 8:45 a.m. at the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana.

DATED this 16th day of January, 2019.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge