# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 7, 2019

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: John Gregory Alexander Herrin
v. United States
No. 19M31
(Your No. 19-30002)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal granted.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk