UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff - Appellee,<br><br>v.<br><br>JOHN GREGORY ALEXAND HERRIN,<br><br>   Defendant - Appellant. | No. 19-30002<br><br>D.C. No. 6:16-cr-00015-SEH-1<br>U.S. District Court for Montana, Helena<br><br>**MANDATE** |

The judgment of this Court, entered June 26, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7