# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**FILED**

12/5/2019

Clerk, U.S. District Court
District of Montana
Helena Division

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 12, 2019

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  John Gregory Alexander Herrin
v. United States
No. 19-6188
(Your No. 19-30002)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk