UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-16-015-H-SEH |
| Plaintiff, | ORDER |
| vs. | |
| JOHN GREGORY ALEXANDER HERRIN, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 13th day of January 2020.

Sam E. Haddon
United States District Judge