The marshal in the back would like to escort out a juror who is being unruly & defiant.

Sean Poston-Manners

JAN 13 2020

Clerk, U.S. Courts
District of Montana
Helena Division