TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone:   (406) 542-8851
FAX:   (406) 542-1476
Email:   Tim.Racicot2@usdoj.gov

MICHAEL A. KAKUK
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone:   (406) 457-5262
Fax:   (406) 457-5130
Emails:   michael.kakuk@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

1/16/2020

Clerk, U.S. District Court
District of Montana
Helena Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 16-15-H-SEH |
|---|---|
| Plaintiff, | STIPULATION |
| vs. | |
| JOHN GREGORY ALEXANDER HERRIN, | |
| Defendant. | |

In response to the jury's second inquiry:

In order to convict the Defendant on Count I, you must find beyond a reasonable doubt that he physically transported stolen money, in the amount of $5,000 or more, across state lines from Montana to Nevada.

                                                                                           KURT G. ALME
                                                                                          United States Attorney

*/s/ Timothy J. Racicot*
Assistant U.S. Attorney
Attorney for Plaintiff

Attorney for Defendant