## EXHIBIT LIST
### Defendant's

| UNITED STATES OF AMERICA, vs. John Gregory Alexander Herrin | | | | | | **District Court** HELENA DIVISION |
|---|---|---|---|---|---|---|
| **Plaintiff's Attorneys** Tim Racicot Michael Kakuk | | | **Defendant's Attorney** Michael Donahoe | | | **Docket Number** CR 16-15-H-SEH **Trial Date** January 13, 2020 |
| **Presiding Judge** Honorable Sam E. Haddon | | | **Court Reporter** Tina Brilz | | | **Courtroom Deputy** Heidi Gauthier/Colleen Grady |

| No. | Object Yes | No | ADM | REF | RES | DESCRIPTION |
|---|---|---|---|---|---|---|
| 500 | | | | X | | Application for Search Warrant (not admitted) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |