# UNITED STATES OF AMERICA,

## vs.

# JOHN GREGORYALEXANDER HERRIN.

## CR 16-15-H-SEH

# DEFENSE EXHIBIT 500 – APPLICATION FOR SEARCH WARRANT

## TRIAL – JANUARY 13, 2020

## CLERK'S COPY

P131127- 010

Jason Marks
Deputy County Attorney
Fred VanValkenburg
Missoula County Attorney
County Courthouse
Missoula, MT 59802
Telephone - 721-5700
Attorneys for Plaintiff

**ORIGINAL**
RECORDS COPY

MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

STATE OF MONTANA,                    )
                                     )
                    PLAINTIFF        )
                                     )    APPLICATION
    VS.                              )    FOR SEARCH WARRANT
                                     )
ARNOLD EVERETT AILER, JR.,           )
                                     )
                    DEFENDANT        )
                                     )

        Stacy Lear, a duly appointed and acting Detective for the City of Missoula Police Department and a peace officer for the State of Montana, being first duly sworn upon her oath, deposes and says:

        That she has good reason to believe that the offense of Theft, a felony in violation of Section 45-6-301, Montana Code Annotated, has been committed; and

        That she has good reason to believe and does believe that in cellular telephone records preserved by Cellco Partnership DBA Verizon Wireless, there are now located certain items of evidence and instrumentalities related to the commission of said crime, particularly described as the account holder information including any physical or mailing addresses of the subscriber, GPS location information, incoming/outgoing call logs, incoming/outgoing text message logs, and text message content from cellular telephone communications on ARNOLD EVERETT AILER, JR.'S cellular telephone number [          ]2102, all between the dates of November 20, 2013 and December 31, 2013.

        The facts which are the grounds for this application and upon which the applicant relies to establish probable cause for the issuance of a search warrant are:

SEARCH WARRANT APPLICATION - 1

USA 000322

500_Application for Search Warrant - Page 1

P131127-010

**ORIGINAL**
RECORDS COPY

1. On Wednesday, November 20, 2013 at approximately 7:00am, a Garda Security Armored Express shuttle truck ("the Shuttle Truck") from corporate headquarters in Helena, Montana met with a Garda Security Armored Express armored truck ("the Missoula Truck") from the Missoula office at the intersection of North Higgins Avenue and East Front Street.

2. CHRIS MOLZHON, the messenger for the Missoula Truck, accepted delivery from the Shuttle Truck of twelve (12) individually sealed bags containing cash intended to be delivered and loaded into ATMs in the Missoula area (the "Missoula Bags"), and also mistakenly accepted delivery from the Shuttle Truck of three (3) individually sealed bags containing cash intended to be delivered to financial institutions in Kalispell (the "Kalispell Bags").

3. The total amount of cash in the Kalispell Bags was three hundred ninety thousand dollars ($390,000.00) in various denominations. That amount of cash as packaged would fit in a regular sized backpack or small cooler.

4. MOLZHON later told internal investigators from Garda it was his first day as a messenger on that bank route and he mistakenly accepted the Kalispell Bags because he did not recognize that the bag numbers being yelled aloud to him by the Shuttle Truck employee were not for Missoula ATMs.

5. ARNOLD EVERETT AILER, JR. was sitting in the driver's seat of the Missoula Truck when MOLZHON accepted the bags and would have been able to hear the bag numbers. AILER is a four-year Garda employee experienced with the route and would have reasonably recognized the Kalispell Bags should not have been accepted by the Missoula Truck and would not be signed for on the cash inventory manifest.

6. The Shuttle Truck continued on to Kalispell while the Missoula Truck began making cash deliveries in Missoula.

7. Garda policy dictates the driver (AILER) of an armored car must stay in the vehicle at all times while the messenger (MOLZHON) delivers cash to financial institutions along a route.

8. The Missoula Truck made three (3) stops between 7:00am and 12:00pm on November 20, 2013 where MOLZHON was inside a building and unable to view AILER'S activities for between twenty-eight (28) to forty-seven (47) minutes per stop.

9. At approximately 12:00pm, the Shuttle Truck realized the Kalispell Bags had been mistakenly placed on the Missoula Truck and initiated an established "all call" procedure, notifying MOLZHON on a Garda cellular telephone to immediately stop the Missoula Truck for a dual-control search to locate the Kalispell Bags.

10. When the Missoula truck was searched, the Kalispell Bags were no longer on the Missoula Truck, and have not

SEARCH WARRANT APPLICATION - 2

USA 000323

P131127-010

# ORIGINAL
RECORDS COPY

been located to date.

11.    When asked to provide a routine statement that would not involve custody or incriminating questions to Garda internal investigators about his activities that day as required by company policy, AILER invoked his right to remain silent and directed investigators to an attorney.

12.    Garda employees are restricted by company policy from having personal cell phones in their possession while on shift, however the Garda internal investigation showed AILER did have his cellular telephone (number [        ] 2102 through Verizon Wireless) on his person while on shift on November 20, 2013 during the time the Kalispell Bags disappeared.

13.    Detective Stacy Lear has reviewed documentation and statements provided by Garda internal investigators.  She is aware AILER has never provided a physical address to his employers or to banks at which he has established financial accounts, but rather claims a UPS mailbox is his physical address.  Detective Lear was unable to locate a real physical address for AILER through any means.

14.    Detective Lear has previously received a voicemail message from AILER who identified his phone number to her as [        ] 2102 in a different investigation.  Detective Lear was at that time able to successfully contact AILER at that number.

15.    Detective Lear knows cellular telephone companies maintain records of account-holder subscriber details such as address information, and that when calls are made, GPS coordinates identifying the origination of the call are recorded.

16.    Detective Lear knows GPS coordinates could show AILER'S travel, positioning, and contacts on Wednesday, November 20, 2013 during the five-hour window when the Kalispell Bags disappeared from the Missoula Truck.

17.    Detective Lear has investigated numerous cases of theft and knows based on her training and experience that persons involved in spontaneous opportunistic thefts often use cellular telephones to contact associates to assist with criminal activities.

18.    Detective Lear is also aware subjects of criminal investigations often use text messages or make phone calls to associates to discuss details of criminal activities following the commission of a crime.

Based on the investigation to date Detective Stacy Lear believes that evidence of the above crime is contained within the cellular telephone records of ARNOLD EVERETT AILER, JR. at [        ] 2102 beginning on November 20, 2013 and continuing through December 31, 2013, which exists in Cellco Partnership DBA Verizon Wireless records.

THEREFORE the applicant requests that a Search Warrant be issued authorizing a search of said records preserved by Cellco

SEARCH WARRANT APPLICATION - 3

P131127-010

Partnership DBA Verizon Wireless.

_____
Detective Stacy Lear
City of Missoula Police Department

Subscribed and sworn to before me on this *3rd* day of December, 2013.

_____
DISTRICT COURT JUDGE

**ORIGINAL**
RECORDS COPY

SEARCH WARRANT APPLICATION - 4

P131127-010

Jason Marks
Deputy County Attorney
Fred VanValkenburg
Missoula County Attorney
County Courthouse
Missoula, MT 59802
Telephone - 721-5700
Attorneys for Plaintiff


MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY


STATE OF MONTANA,                    )
                                     )
            PLAINTIFF                )
                                     )
    VS.                              )        SEARCH WARRANT
                                     )
ARNOLD EVERETT AILER, JR.,           )
                                     )
            DEFENDANT                )
                                     )

THE STATE OF MONTANA TO:

**ORIGINAL**
RECORDS COPY

DETECTIVE STACY LEAR and/or her designee:

    A sworn application having been made before me by Detective Stacy Lear of the City of Missoula Police Department, that she has reason to believe that in cellular telephone records preserved by Cellco Partnership DBA Verizon Wireless, there are now located certain items of evidence and instrumentalities related to the commission of a crime, particularly described as the account holder information including any physical or mailing addresses of the subscriber, GPS location information, incoming/outgoing call logs, incoming/outgoing text message logs, and text message content from cellular telephone communications on ARNOLD EVERETT AILER, JR.'S cellular telephone number [        ]2102, all between the dates of November 20, 2013 and December 31, 2013.

    I am satisfied that there is probable cause to believe that the evidence described is in the said records and in the possession of the Cellco Partnership DBA Verizon Wireless and that said evidence is relevant and necessary to the investigation of the crime specified in the accompanying search warrant application.

    You are hereby commanded to serve this warrant and search the above-described cellular telephone records for the information specified; and if the information is found there, to
SEARCH WARRANT - 1

USA 000326
500_Application for Search Warrant - Page 5

P131127-010

seize it, give a receipt for it, prepare a written inventory verified by you of the property seized and bring the property before me, all in the manner required by law.

DATED THIS 3rd DAY OF December, 2013.

DISTRICT JUDGE

**ORIGINAL**
RECORDS COPY

SEARCH WARRANT - 2

USA 000327