United States District Court
Western District
Exhibits Log: CR-16-15-H-SEH
USA v. Herrin, 1/13/2020

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Gov-1 | OTR Photos |
| Gov-2 | Garda Photos (orange bags, bank bags) (1328-1331) |
| Gov-3 | Garda Surveillance Video Still Photos (1271-1272) |
| Gov-4 | Garda Manifest Forms - OTR Truck 326 (388-391) |
| Gov-5 | Garda Settlement Reports (361-363) |
| Gov-6 | Helena Work Schedule (364) |
| Gov-7 | Olson and McAlpin Route Sheets (367-369) |
| Gov-8 | Reese and Tisdal Route Sheets (371-376) |
| Gov-9 | Ailer and Molzhon Route Seets (378-385) |
| Gov-10 | Garda Photos (load bag CW858) (1316-1319) |
| Gov-11 | Garda Photos (load bag 5796M) (1320-1323) |
| Gov-12 | Garda Photos (load bag 9939U) (1324-1327) |
| Gov-13 | WFB 160,870 Deposit (Count II) (69-70) |
| Gov-14 | WFB 120,000 Deposit (Count VI) (68) |
| Gov-15 | WFB - Account 8094 - Statements |
| Gov-16 | WFB - Account 2888 - Statements |
| Gov-17 | WFB Credit Card - Account 1718 - Jan-Dec 2013 Statements |
| Gov-18 | WFB Credit Card - Account 1718 - Jan-Feb 2014 Details |
| Gov-19 | WFB Credit Card - Account 1718 - Jan-Sept 2014 Statements |
| Gov-20 | US Bank - Accounts 2656 and 8952 |
| Gov-21 | Rocky Mountain Bank Records - Account 5050 - July 2014 Statement |
| Gov-22 | Rocky Mountain Bank Records - Account 5050 - Dec 2014 Statement |
| Gov-23 | 2013 Tax Returns |
| Gov-24 | 2014 Tax Returns |
| Gov-25 | Delta Records (1273-1275) |
| Gov-26 | Allegiant Records (BZN-LAS) (1258-1266) (redacted) |
| Gov-27 | Allegiant Records (MSO-LAS) (1244-1254) (redacted) |
| Gov-28 | Ailer Resignation Letter (360) |
| Gov-30 | Aria Records (blurry) (1292-1297) |
| Gov-32 | Ameritrade - Wire and ACH Information |
| Gov-33 | Ameritrade - 2014 Form 1099 |
| Gov-34 | Ameritrade - 2015 Form 1099 |
| Gov-35 | Ford Repossession Documents (286-295) |
| Gov-36 | Rocky Mountain Bank Records re Watson Law Office |