FILED

1/16/2020

Clerk, U.S. District Court
District of Montana
Helena Division

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-15-H-SEH |
| Plaintiff, | VERDICT |
| vs. | |
| JOHN GREGORY ALEXANDER HERRIN, | |
| Defendant. | |

1.    We, the Jury, in the above-entitled matter, unanimously find the defendant,

John Gregory Alexander Herrin,

_____Not Guilty

__X__Guilty

of the offense of Interstate Transportation of Stolen Property as charged in count I

of the indictment.

2.    We, the Jury, in the above-entitled matter, unanimously find the defendant,

John Gregory Alexander Herrin,

1

_____Not Guilty

__X__Guilty

of the offense of Money Laundering as charged in count II of the indictment.

3.    We, the Jury, in the above-entitled matter, unanimously find the defendant,

John Gregory Alexander Herrin,

_____Not Guilty

__X__Guilty

of the offense of Money Laundering as charged in count III of the indictment.

4.    We, the Jury, in the above-entitled matter, unanimously find the defendant,

John Gregory Alexander Herrin,

_____Not Guilty

__X__Guilty

of the offense of Money Laundering as charged in count IV of the indictment.

5.    We, the Jury, in the above-entitled matter, unanimously find the defendant,

John Gregory Alexander Herrin,

_____Not Guilty

__X__Guilty

of the offense of Money Laundering as charged in count V of the indictment.

6.    We, the Jury, in the above-entitled matter, unanimously find the defendant,

John Gregory Alexander Herrin,

__X__Not Guilty

_____Guilty

of the offense of Money Laundering as charged in count VI of the indictment.

7. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

__X__Not Guilty

_____Guilty

of the offense of Money Laundering as charged in count VII of the indictment.

8. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

_____Not Guilty

__X__Guilty

of the offense of Money Laundering as charged in count VIII of the indictment.

9. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

__X__Not Guilty

_____Guilty

of the offense of Money Laundering as charged in count IX of the indictment.

10. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

3


X Not Guilty

\ Guilty

of the offense of Money Laundering as charged in count X of the indictment.

11. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

_____Not Guilty

X Guilty

of the offense of Money Laundering as charged in count XI of the indictment.

12. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

_____Not Guilty

X Guilty

of the offense of Money Laundering as charged in count XII of the indictment.

13. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

_____Not Guilty

X Guilty

of the offense of Money Laundering as charged in count XIII of the indictment.

14. We, the Jury, in the above-entitled matter, unanimously find the defendant, John Gregory Alexander Herrin,

4

_X_Not Guilty

_____Guilty

of the offense of Attempted Witness Tampering as charged in count XIV of the

indictment.

DATED this __16__ day of January, 2020. Foreperson signature redacted. Original document filed under deal.

_____
FOREPERSON

5