# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-15-H-SEH |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| JOHN GREGORY ALEXANDER HERRIN, | |
| Defendant. | |

The Court's Order of January 17, 2020,[1] is amended to reflect a change in location for sentencing as follows:

Defendant having been found guilty of Counts I, II, III, IV, V, VIII, XI, XII and XIII following a jury trial,

ORDERED:

1. Sentencing is set for **May 19, 2020**, at **10:00 a.m.**, in Courtroom I of the **Paul G. Hatfield Courthouse, Helena, Montana**.

2. The United States Probation Office shall conduct a presentence investigation and prepare a presentence report. Fed. R. Crim. P. 32(c), (d); 18 U.S.C. § 3552(a).

---

[1] Doc. 94.

3. The probation officer shall disclose the completed report, except for recommendations of the probation officer, to Defendant, counsel for Defendant, and counsel for the government on or before **April 3, 2020**. The probation officer shall not disclose any recommendation made or to be made to the Court.

4. If restitution is mandatory, the probation officer shall discuss a payment plan with Defendant and shall make recommendations to the Court concerning interest and a payment schedule.

5. Counsel shall attempt in good faith to resolve disputes over any material in the presentence report. <u>Unresolved objections to be relied upon at sentencing shall be presented to the probation officer on or before</u> **April 17, 2020**. U.S.S.G. § 6A1.2.

6. The presentence report, in final form, shall be delivered to the Court and the parties on or before **May 1, 2020**.

7. Sentencing memoranda and supporting documents addressing all relevant sentencing issues shall be filed on or before **May 1, 2020**. Absent good cause shown, sentencing memoranda and supporting documents filed after **May 1, 2020**, will not be considered in addressing sentencing issues. Failure to timely file sentencing memoranda may result in imposition of sanctions against counsel.

8. Responses to sentencing memoranda shall be filed on or before **May 8, 2020**.

9. Reply briefs will not be accepted.

10. The Court will resolve objections at the sentencing hearing. U.S.S.G. § 6A1.3.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 22nd day of January, 2020.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

-3-