MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 1
Helena, Montana 59601
Phone: (406) 449-8381
Fax: (406) 449-5651
michael_donahoe@fd.org
        Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GREGORY ALEXANDER HERRIN,<br><br>Defendant. | **CR 16-15-H-SEH**<br><br>**DEFENDANT HERRIN'S OPPOSED, RENEWED MOTION FOR ACQUITTAL UNDER RULE 29(c) Fed. R. Crim. P. AND OPPOSED, ALTERNATIVE MOTION FOR NEW TRIAL UNDER RULES 29(d) and 33 Fed. R. Crim. P.** |

## **MOTION**

COMES NOW Defendant John Gregory Alexander Herrin (Mr. Herrin), by and through his counsel of record, Michael Donahoe and the Federal Defenders of Montana, and seeks to renew his previous motion for acquittal of all charges contained in the indictment.  Mr. Herrin makes this motion under Rule 29(c) Fed. R.

1

Crim. P..  Also Mr. Herrin requests in the alternative that the Court grant him a new trial under Rules 29(d) and 33 Fed. R. Crim. P. in the interest of justice.

## GROUNDS

The grounds for these motions are that Mr. Herrin was subjected to a trial wherein he was tried, without grand jury indictment, for a violation of federal law, to wit: theft of bank funds in the amount of $390,000.00 from a GardaWorld armored truck on November 20, 2013, at or near Helena, Montana.  Moreover, the grounds for this renewed motion for acquittal are also developed in Mr. Herrin's previous written motion for acquittal at ECF Nos. 75 and 76 and the oral arguments for acquittal made in Mr. Herrin's behalf at the close of the government's case during trial and then again at the close of all of the evidence.

As for the alternative motion for a new trial under Rules 29(d) and 33, Mr. Herrin requests same in the interests of justice in the event the Court denies acquittal under Rule 29 on the grounds that the Court committed error in both admitting evidence that cast Mr. Herrin as the thief of the armored truck money and/or by failing to instruct the jury how such evidence could be used in determining Mr. Herrin's guilt or innocence; and more specifically by the Court's failure to give the defense jury instruction set forth in Mr. Herrin's proposed supplemental jury instruction, which can be found at ECF No. 27.

///

## **CONTACT WITH OPPOSING COUNSEL**

The undersigned has previewed these motions to Assistant United States Attorneys, Timothy J. Racicot and Michael Kakuk, and the government objects to these motions.

## **CONCLUSION**

WHEREFORE, based on these motions and the brief that supports them (ECF No. 99), Mr. Herrin should be acquitted on all counts pursuant to Rules 29(c), or granted a new trial under Rules 29(d) and 33 Fed. R. Crim. P.

RESPECTFULLY SUBMITTED this 30th day of January, 2020.

>/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on January 30, 2020, a copy of the foregoing document was served on the following persons by the following means:

  1      CM-ECF

  2      Mail

1. CLERK, UNITED STATES DISTRICT COURT

1. Timothy J. Racicot
   Deputy Criminal Chief
   U.S. Attorney's Office
   District of Montana
   P.O. Box 8329
   Missoula, MT  59807
      Counsel for United States of America

1. Michael A. Kakuk
   Assistant U.S. Attorney
   U.S. Attorney's Office
   District of Montana
   901 Front St., Ste.1100
   Helena, MT 59626
      Counsel for United States of America

2. John Gregory Alexander Herrin
      Defendant

/s/ Michael Donahoe
MICHAEL DONAHOE
Deputy Federal Defender
Federal Defenders of Montana
Counsel for Defendant