**TIMOTHY J. RACICOT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**105 East Pine**
**Missoula, MT 59801**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone:   (406) 542-8851**
**FAX:   (406) 542-1476**
**E-Mail:   Tim.Racicot2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 16-15-H-SEH** |
| **Plaintiff,** | **SENTENCING MEMORANDUM** |
| **vs.** | |
| **JOHN GREGORY ALEXANDER HERRIN,** | |
| **Defendant.** | |

### INTRODUCTION

John Gregory Alexander Herrin was convicted following a jury trial of one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314, and eight counts of money laundering, in violation of 18 U.S.C. § 1957.

1

PSR ¶ 12.   The presentence investigation report has calculated an advisory Guideline range of 24 to 30 months, based on a total offense level of 17 and a criminal history category of I.   PSR ¶ 148.   While he maintains his innocence, as reflected by his decision to proceed to trial, Herrin does not dispute the calculation of the Guidelines.   The United States recommends a sentence within the advisory range, to be followed by three years of supervised release, and restitution in the amount of $186,870.

### RECOMMENDATION

Section 3553(a) of Title 18 of the United States Code contains the following directive: "The court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2) of this subsection."   Those purposes include the need for the sentence to: (1) reflect the seriousness of the offense; (2) promote respect for the law; (3) provide just punishment for the offense; (4) afford adequate deterrence to criminal conduct; (5) protect the public from further crimes of the defendant; and (6) provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.   18 U.S.C. § 3553(a)(2).

The Court must also consider the nature and circumstances of the offense, the history and characteristics of the defendant, the kinds of sentences available, the sentencing guidelines and policy statements, unwarranted sentencing

disparities, and restitution to the victim.   18 U.S.C. § 3553(a)(1), (3)-(7).

A Guideline sentence is reasonable in this case based on the totality of the factors in § 3553(a).   The seriousness of Herrin's crimes is demonstrated by the loss amount, his false statements to the bankers at Wells Fargo, his breach of trust with his then-employer, Garda, and his overall effort to mask the source of the funds that he transported across state lines.   Those same facts shed light on Herrin's lack of respect for the law, as do his violations of his conditions of pre-trial release, and the need for a sentence that will provide a measure of just punishment, particularly since it seems Herrin assumed he had gotten away with his crimes and would never be held accountable.   A sentence of imprisonment within the advisory Guideline range would provide a measure of specific and general deterrence, protect the public from additional crimes Herrin might be inclined to commit, and afford him the opportunity to obtain effective correctional treatment.

All the § 3553(a) factors support the sentence recommended by the government, which is a term of imprisonment within the advisory Guideline range of 24 to 30 months, three years of supervised release, and restitution in the amount of $186,870.

///

///

3

DATED this 1st day of May, 2020.

KURT G. ALME
United States Attorney


*/s/ Timothy J. Racicot*
Assistant U.S. Attorney
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, a copy of the foregoing document was served on the following persons by the following means:

(1,2)  CM/ECF
( )    Hand Delivery
( )    U.S. Mail
( )    Overnight Delivery Service
( )    Fax
( )    E-Mail


1.   Clerk, U.S. District Court

2.   Michael Donahoe
     Deputy Federal Defender
     Federal Defenders of Montana
     50 West 14th Street, Suite 300
     Helena, MT 59601-3332


                                   /s/ Timothy J. Racicot
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

5