IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN GREGORY ALEXANDER HERRIN, <br><br> Defendant. | CR 16-15-H-SEH <br><br> **ORDER** |

On June 12, 2020, Defendant filed an opposed Motion and support brief for Release Pending Appeal.[1] The United States' response brief was due on June 26, 2020. None was filed.

ORDERED:

The United States shall file its brief in response to Defendant's Motion for Release Pending Appeal on or before 4:45 p.m. on Tuesday, June 30, 2020.

DATED this 29th day of June, 2020.

SAM E. HADDON
United States District Judge

---

[1] Doc. 114.