# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GREGORY ALEXANDER HERRIN,<br><br>Defendant. | CR 16-15-H-SEH<br><br>**ORDER** |

On June 12, 2020, Defendant Herrin filed a Motion for Release Pending Appeal under 18 U.S.C. § 3143(b)(1).[1] The United States opposes the motion.

> In general, persons convicted of federal crimes are not eligible for release pending appeal unless a court finds
>
>> (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released[.][2]

Herrin argues he "does not pose a flight or safety risk" because he complied with the conditions of his conditional pretrial release.[3] The record reflects, *inter alia*, that Herrin: (1) failed to report to his probation officer on 19 occasions

---

[1] Doc. 114.

[2] *United States v. Garcia*, 340 F.3d 1013, 1015 (9th Cir. 2003) (quoting 18 U.S.C. § 3143(b)(1)).

[3] Doc. 114 at 3.

between December 17, 2018, and January 6, 2020;[4] (2) was cited and convicted of Careless Driving on February 5, 2019;[5] and (3) failed to report for random drug and alcohol testing on July 26, 2019.[6]

Nothing about Herrin's history or his behavior throughout the proceedings in this case assures the Court that he would not flee or pose a danger to others.

ORDERED:

Defendant Herrin's Opposed Motion for Release Pending Appeal[7] is DENIED.

DATED this 30th day of June, 2020.

*Sam E. Haddon*

SAM E. HADDON
United States District Judge

---

[4] Doc. 119 at ¶ 13.

[5] *Id.*

[6] *Id.*

[7] Doc. 114.