IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

JOHN GREGORY ALEXANDER HERRIN,

    Defendant.

Criminal Docket No. 16-15-H-SEH
Court of Appeals No. 20-30130

---

TRANSCRIPT OF MOTION HEARING PROCEEDINGS

Heard in Courtroom Number I
Paul G. Hatfield United States Courthouse
901 Front Street
Helena, Montana
December 18, 2019
2 p.m.

BEFORE THE HONORABLE SAM E. HADDON

UNITED STATES DISTRICT JUDGE

TINA C. BRILZ, RPR, FCRR
Freelance Court Reporter
BRILZ COURT REPORTING, INC.
4956 Smallwood Court
Helena, Montana  59601

Proceedings recorded by mechanical stenography, transcript produced by computer.

<u>A P P E A R A N C E S</u>:

<u>PRESENT ON BEHALF OF THE PLAINTIFF, THE UNITED STATES OF AMERICA</u>:

    MR. TIMOTHY J. RACICOT
    Assistant U.S. Attorney
    OFFICE OF THE U.S. ATTORNEY
    P.O. Box 8329
    Missoula, Montana 59807

    and

    MR. MICHAEL KAKUK
    Assistant U.S. Attorney
    OFFICE OF THE U.S. ATTORNEY
    Paul G. Hatfield Federal Courthouse
    901 Front Street, Suite 1100
    Helena, Montana 59626

<u>PRESENT ON BEHALF OF THE DEFENDANT, JOHN GREGORY ALEXANDER HERRIN</u>:

    MR. MICHAEL DONAHOE
    Assistant Federal Defender
    FEDERAL DEFENDERS OF MONTANA
    Great Northern Town Center
    50 West 14th Street, Suite 300
    P.O. Box 250
    Helena, Montana 59601-0250

```
 1  The following proceedings were had:
 2
 3           THE COURT:  Good afternoon, counsel.
 4      Be seated please.
 5      Madam Clerk, if you'll call the matter for us, please.
 6           CLERK OF COURT:  Yes, Your Honor.
 7      This is the time the court has set aside for a motion
 8  hearing in Criminal Cause 16-15.  This is a Helena Division
 9  case before Honorable Sam E. Haddon, the United States of
10  America versus John Gregory Alexander.
11           THE COURT:  John Gregory Alexander Herrin.
12           CLERK OF COURT:  Excuse me.  Yep.
13           THE COURT:  The United States is represented today by
14  Mr. Tim Racicot of the United States Attorney's Office.  The
15  defendant is represented by Mr. Michael Donahoe of the Federal
16  Defenders of Montana.  The defendant is present in person.
17      And the matter before the court is the defendant's second
18  unopposed motion to continue trial, filed as Docket Number 61
19  in the case file.
20      The motion on its face is unopposed by the United States.
21  And the motion itself requests a continuance of the present
22  trial date, which is set for December 18, until, to quote the
23  motion, sometime later in January or early February, 2020.
24      The record also reflects a waiver of speedy trial signed
25  by the defendant and by counsel as Docket Number 62.
```

1      And the motion document recites a -- specifically, a
2 waiver through and including February 10, 2020.
3      The court notes that no position is taken on the legal
4 effect of that purported limitation on the timeline to which
5 the defendant has agreed to a continuance.
6      The order which was issued following the motion at Docket
7 Number 64 recites, among other things, that all time from the
8 filing of the motion, specifically, Docket Number 61, through
9 disposition of the motion, is excluded under the terms of 18
10 United States Code Section 3161(h)(1)(D) and (h)(7).
11      As noted, the motion itself is unopposed.  And as the
12 court reported earlier, requests that the continuance be
13 granted until what is otherwise characterized in the motion
14 papers as a convenient time at the end of January or early
15 February, 2020.
16      The motion is accompanied by a brief from the defendant
17 which recites, among other things, the various nonexclusive
18 factors to be taken into account and considered in determining
19 whether or not the ends of justice will be served by the
20 granting of a continuance.  And that the granting of such a
21 continuance would outweigh the best interests of the public and
22 the defendant in a speedy trial.
23      Mr. Donahoe, it's your motion.  I'll be pleased to hear
24 argument on the matter.
25           MR. DONAHOE:  Thank you.

1     Your Honor, I know that this is unusual.  But the
2  government and myself, government counsel, we did discuss this
3  at length.  And it just got to be of concern that we thought
4  that if the trial commenced today on the schedule that we had,
5  I know Your Honor had selected that time, and we were doing our
6  best to honor it.  But it just seemed to us that we might be in
7  some kind of pressure situation in the end.  And thought that
8  the better part of it was that we could agree to a time where
9  we wouldn't have this holiday season to confront.
10    That's, basically, the gravamen of the motion.  I tried to
11 take into account all of the relevant legal factors.  I have
12 discussed it with the government.  I think we're both in
13 agreement.  And I would appreciate a favorable ruling on the
14 motion.
15         THE COURT:  All right.
16 Thank you, Mr. Donahoe.
17 Mr. Racicot.
18         MR. RACICOT:  Thank you, Your Honor.
19 Good afternoon.
20    Well, Judge, I agree with Mr. Donahoe's comments.  And the
21 only thing that I would add is that one of the other factors
22 that at least entered into the government's thinking, is there
23 has been other fairly significant periods of delay in this
24 case.  None of those periods other than Mr. Herrin filing some
25 papers, are owed to either the court's scheduling or the

1  diligence of the parties.  The bottom line is this case sat at
2  the appellate level for many months, and when it's been in
3  front of Your Honor, both you and, I think, the parties have
4  diligently worked to bring the matter forward to what is
5  ultimately going to be a trial.
6       So, I do think that a relatively brief additional period
7  of time would be in the best interests of both the public and
8  Mr. Herrin to make sure he gets the fairest trial possible.
9  And I do think that that does warrant granting the unopposed
10 motion in this case.
11          THE COURT:  All right.
12    Thank you, counsel.
13          MR. RACICOT:  Thank you, Your Honor.
14          THE COURT:  Mr. Donahoe, you have recited a number of
15 factors from the nonexclusive factor list that the court is to
16 take into account in making the determination that's before the
17 court.  And I take it that you stand by the declarations in
18 your brief?
19          MR. DONAHOE:  Yes, Your Honor.
20          THE COURT:  Well, to reflect upon the filings, the
21 motion documents recite and report to the court, and as
22 Mr. Donahoe has suggested, he continues to assert on behalf of
23 the client that if the trial were carried out on the schedule
24 which is presently in place, that it could be harmful to both
25 parties.

There is asserted to be a risk of outside influence upon the jury, which would be increased by the maintenance of the existing trial date; that there are problems associated with a trial in the midst of the ongoing Christmas season, which would be eliminated by the granting of a continuance.

There is also reference in the papers to novel questions of law and fact raised by the allegations in the indictment that remain unresolved at this point.

And the assertion is made, in addition, that the defense could be prejudiced by the failure to grant a continuance. And specifically, the record reflects that the defendant, on advice of counsel, has waived his speedy trial rights in writing, as the record reflects.

Is there anything further that counsel wish to place of record before the court addresses the merits of the motion?

MR. RACICOT: Nothing from the government, Your Honor.

MR. DONAHOE: No, Your Honor.

THE COURT: All right.

Very well.

Well, counsel, I have, of course, considered the arguments that have been made and the recitations found in the brief. And this -- it is worthy of note, that this matter has been before the court on a number of occasions, as it has progressed through the timeline since filing of the indictment.

1  And I have determined from a complete review of the record
2 and the reasons stated in the record and then the arguments of
3 counsel, that the -- including the defendant's waiver of his
4 right to speedy trial, that the charges, including the sheer
5 number of counts charged, which are 14 separate in number, and
6 the unchallenged arguments advanced on behalf of the defendant
7 and any lack of opposition from the United States, that the
8 ends of justice are served by the granting of the requested
9 continuance. And that those ends of justice outweigh both the
10 best interests of the public and the defendant in a speedy
11 trial.
12  Therefore, it is my determination that the motion for a
13 continuance is granted. And the case is reset for trial on
14 Monday, January 13, 2020. That setting will allow the court,
15 without interruption, at least four days that particular week
16 to conduct, and we expect from prior statements of counsel, to
17 complete the trial.
18  There is a possibility, counsel, that a temporary recess
19 at or after 10 a.m. on Friday of that particular week may be
20 necessary in order for the court to consider a separate matter
21 that has been set that will involve a naturalization
22 proceeding.
23  If the trial is ongoing when we reach that time on Friday,
24 there will be a limited recess, and you can expect that the
25 trial will continue after lunch on that particular day.

1 	So, the court will issue its order resetting the trial for
2 the date and time stated.
3 	Is there anything further that counsel wish to take up
4 today?
5 		MR. RACICOT:  No, Your Honor.
6 	Thank you.
7 		MR. DONAHOE:  No, Your Honor.
8 	Thank you.
9 		THE COURT:  All right.
10 	That's the order of the court.  It will be entered of
11 record.
12 	This matter is concluded.
13 	We are in recess.
14 		(The proceedings in this matter were adjourned at
15 		2:11 p.m.)
16
17
18 			C E R T I F I C A T E
19
20 	I certify that the foregoing is a correct transcript from
21 the record of proceedings in the above-entitled matter.
22 	/s/ Tina C. Brilz, RPR, FCRR
23 	Dated this 19th day of July, 2020.
24
25