FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 26 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-30130 |
| Plaintiff-Appellee, | D.C. No. 6:16-cr-00015-SEH-1 District of Montana, Helena |
| v. | |
| JOHN GREGORY ALEXANDER HERRIN, | ORDER |
| Defendant-Appellant. | |

Before:  GOULD, CLIFTON, and MILLER, Circuit Judges.

The panel has unanimously voted to deny the petition for rehearing.  Judge Gould and Judge Miller have voted to deny the petition for rehearing en banc, and Judge Clifton so recommends.

The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

The petitions for rehearing and rehearing en banc (Docket Entry No. 36) are DENIED.