Case: 20-30130, 12/07/2021, ID: 12308566, DktEntry: 40, Page 1 of 1
Case 6:16-cr-00015-BMM    Document 134    Filed 12/07/21    Page 1 of 1

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 6, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

> Re:  John Gregory Alexander Herrin
>      v. United States
>      No. 21-6142
>      (Your No. 20-30130)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk